IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FOX CHASE BANK | : | CIVIL ACTION |
| v. | : | |
| SMKV HOLDINGS, INC. | : | NO. 12-330 |

O R D E R

AND NOW, this 6th day of June, 2012, defendant's motion is DENIED.

/s/ Thomas N. O'Neill, Jr.
THOMAS N. O'NEILL, JR.        J.